FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

VERONICA G. O'DETTE  
4222 E. BROWN RD., #20  
MESA, AZ 85205  
**SSAN:** xxx−xx−4522  
**EIN:**

Debtor(s)

Case No.: 2:09−bk−23757−RJH

Chapter: 7

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on November 13, 2009, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: November 13, 2009**

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003−1727  
Telephone number: (602) 682−4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: fagans               Page 1 of 1                Date Rcvd: Nov 13, 2009
Case: 09-23757                 Form ID: ntcntry           Total Noticed: 2
```

The following entities were noticed by first class mail on Nov 15, 2009.
```
db          +VERONICA G. O'DETTE,   4222 E. BROWN RD., #20,   MESA, AZ 85205-4056
cr          +CITIMORTGAGE INC,   1000 TECHNOLOGY DRIVE,   O'FALLON, MO 63368-2240
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2009**                    **Signature:**    _Joseph Speetjens_